UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SINGLETON,<br><br>    Plaintiff<br><br>v.<br><br>PRECIOUS ABRAM,<br><br>    Defendant | Case No.: 2:24-cv-00235-APG-MDC<br><br>**Order Accepting Reports and Recommendations and Dismissing Case Without Prejudice**<br><br>[ECF Nos. 7, 13] |

Plaintiff Paul Singleton filed this lawsuit pro se and filed an application for leave to proceed in forma pauperis. ECF No. 1. Magistrate Judge Couvillier denied the initial application because Singleton failed to file a complete long-form application. ECF No. 4. Judge Couvillier gave Singleton additional time to file the long form application or to pay the full filing fee. *Id.* at 3. Singleton thereafter filed a second application, which Judge Couvillier again denied because it was incomplete and not on the court's approved long form. ECF No. 7. Judge Couvillier recommended that I dismiss this case if Singleton did not pay the full filing fee by June 3, 2024. *Id.* at 4.

Singleton thereafter filed another application to proceed in forma pauperis. ECF No. 8. Judge Couvillier denied the application and again recommended dismissal if Singleton did not pay the filing fee because Singleton again used the wrong form and did not provide complete information. ECF No. 13. Singleton has filed yet another application that suffers from the same defects previously identified. ECF No. 14. Singleton uses a state court form instead of this court's long form that he has been instructed to use multiple times. Additionally, he states that he is on public assistance and marks a box for food stamps but identifies no sources of income and does not identify the amount of any public assistance, including the food stamps. He also

lists zero income for his spouse and zero expenses. As Judge Couvillier previously noted, Singleton has not explained how he and his spouse live with no expenses at all, despite previous orders to explain. *See* ECF No. 13 at 2.

      Singleton has had multiple opportunities to comply with Judge Couvillier's orders to use this court's long form, answer all questions on the form, and provide detailed explanations about his income and expenses. He has failed to do so. I therefore accept Judge Couvillier's recommendation to dismiss this case without prejudice.

      I THEREFORE ORDER that Magistrate Judge Couvillier's reports and recommendations (ECF Nos. 7, 13) are accepted, and plaintiff Paul Singleton's complaint (ECF No. 1-1) is dismissed without prejudice. All other pending motions are denied as moot. The clerk of court is instructed to close this case.

      DATED this 30th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE